COM.

v.

MASTEN, S.

917 EDA 2016

Superior Court of Pennsylvania.

05/05/2017

CP–51–CR–0005766–2014 (Philadelphia)

Affirmed

COM.

v.

GALL, D.

1468 EDA 2016

Superior Court of Pennsylvania.

05/05/2017

CP–39–SA–0000024–2016, (Lehigh)

Affirmed

ANGLE, R.

v.

SMITH, A.

1934 EDA 2016

Superior Court of Pennsylvania.

05/05/2017

C–48–CV–2014 6431 (Northampton)

Affirmed

COM.

v.

TAPIA, R.

2782 EDA 2016

Superior Court of Pennsylvania.

05/05/2017

CP–09–CR–0006457–2009 (Bucks)

Affirmed

IN the INTEREST OF:
Y.K.W., a Minor

3207 EDA 2016

Superior Court of Pennsylvania.

05/05/2017

CP–51–AP–0000786–2015, CP–51–DP–0001907–2013 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

IN the INTEREST OF:
K.D.W., a Minor

3208 EDA 2016

Superior Court of Pennsylvania.

05/05/2017

CP–51–AP–0000785–2015, CP–51–DP–0001908–2013 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

**IN the INTEREST OF: I.T.W., a Minor**

**3209 EDA 2016**

Superior Court of Pennsylvania.

05/05/2017

CP–51–AP–0000784–2015, CP–51–DP–0001909–2013 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**HRUSOVSKY, R.**

**3299 EDA 2016**

Superior Court of Pennsylvania.

05/05/2017

CP–48–CR–0000684–1995 (Northampton)

Affirmed

**RED RUN MOUNTAIN, INC.**

v.

**EARTH ENERGY CONSULTANTS**

**2259 MDA 2015**

Superior Court of Pennsylvania.

05/05/2017
Reargument Denied 7/13/2017

12–01259 (Lycoming)

Affirmed

**NORMAN, M.**

v.

**NORMAN, E.**

**764 MDA 2016**

Superior Court of Pennsylvania.

05/05/2017

2012–CV–1174–DC (Dauphin)

Affirmed

**COM.**

v.

**BEAUMONT, J.**

**1649 MDA 2016**

Superior Court of Pennsylvania.

05/05/2017

CP–35–CR–0002435–2015 (Lackawanna)

Affirmed